UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.F.P. and J.F.C., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 21-548 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS AND FOR PROTECTIVE ORDER** |

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonyms and for Protective Order, and good cause appearing therefore, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

(a)　the parties shall refer to Plaintiffs by the pseudonyms "A.F.P." and "J.F.C." in all filings and public proceedings;

(b)　the parties shall redact all personally identifying information, including Plaintiffs' true full name and initials, from all filings consistent with Federal Rule of Civil Procedure 5.2;

(c)　Defendant is prohibited from disclosing Plaintiffs' identity to any nonparty unless such disclosure is reasonably necessary to litigate this action;

(d)　Defendant shall provide a copy of the order issued to any nonparty who Defendant informs of Plaintiffs' identity; and

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO PROCEED UNDER PSEUDONYMS
AND FOR PROTECTIVE ORDER

(e)     Defendant is prohibited from using any information concerning Plaintiffs obtained in connection with this lawsuit, including but not limited to Plaintiffs' true name, for any purpose other than this litigation.

Dated: _____, 2021          _____
                                                                                    United States District Judge

Respectfully submitted on this 14th day of May, 2021.

By:   */s/ Kent W. Kraushaar*
Kent W. Kraushaar
Lisa R. Weddle
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:      +1.213.612.2500
Fax:      +1.213.612.2501
kent.kraushaar@morganlewis.com
lisa.weddle@morganlewis.com

Susan Baker Manning
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:      +1.202.739.3000
Fax:      +1.202.739.3001
susan.manning@morganlewis.com

Attorneys for Plaintiffs A.F.P and J.F.C.