PHILLIP A. TALBERT
Acting United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel: (916) 554-2799
Fax: (916) 554-2900
david.shelledy@usdoj.gov

Attorneys for the United States

MORGAN, LEWIS & BOCKIUS LLP
Susan Baker Manning, CA Bar No. 197350
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: +1.202.739.3000
Fax: +1.202.739.3001
susan.manning@morganlewis.com

Lisa R. Weddle, CA Bar No. 259050
Kent W. Kraushaar, CA Bar No. 307536
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
lisa.weddle@morganlewis.com
kent.kraushaar@morganlewis.com

Attorneys for Plaintiffs A.F.P and J.F.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.F.P. and J.F.C.,<br><br>          Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>          Defendant. | Case No. 1:21-cv-00780-DAD-EPG<br><br>JOINT STATUS REPORT AND THIRD JOINT MOTION TO HOLD ACTION IN ABEYANCE<br><br>No Hearing Requested |

Joint Status Report and
Third Joint Motion
to Hold Action in Abeyance         1

The parties jointly move the Court for an order holding this action in abeyance for an additional 60 days to facilitate continued settlement negotiations.  In support of this motion, the parties respectfully state the following:

In this action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680, the plaintiffs—a father and son—assert claims for intentional infliction of emotional distress, abuse of process, and negligence arising out of plaintiffs' separation after crossing over the southern border into the United States in January 2018.

On August 16, 2021, the parties jointly moved the Court to hold the action in abeyance for an additional 60 days, to facilitate ongoing settlement efforts.  On August 17, 2021, the Court granted the motion and ordered the case held in abeyance until October 15, 2021, at which time the parties were directed to file this status report notifying the Court whether an additional abeyance is needed.

The parties have made substantial progress but require additional time for ongoing settlement discussions.  Through counsel coordinating the negotiations on behalf of the United States and these and additional plaintiffs and claimants, the parties are engaged in a nationwide effort to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior administration. During the current stay period, the United States and plaintiffs' counsel continued to meet frequently and narrowed their differences on important elements of the settlement framework.  While significant progress has been made, due to the scale and complexity of the effort, additional time is needed to achieve a global resolution of these matters.

To facilitate continued progress, the parties respectfully move the Court for an order holding this action, including all proceedings and case deadlines, in abeyance for an additional 60 days.  The parties will file another status report no later than December 14, 2021.  Depending on progress of the settlement discussions, the parties may seek an additional abeyance at that time.  If an additional abeyance is not sought, the parties request that all existing deadlines be extended for an additional sixty days from the original deadlines, and that the initial scheduling conference be reset for a date convenient for the Court.

A proposed Order is separately filed herewith.

///

///

Joint Status Report and
Third Joint Motion
to Hold Action in Abeyance             2

Respectfully submitted this 8th day of October 2021.

                    PHILLIP A. TALBERT
                    Acting United States Attorney

By:    /s/ *David T. Shelledy*
        DAVID T. SHELLEDY
        Assistant U.S. Attorney
        Civil Division Chief

        Attorneys for the United States


MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ *Kent W. Kraushaar*  (approved Oct. 7, 2021)
        Susan Baker Manning
        Lisa R. Weddle
        Kent W. Kraushaar

        Attorneys for Plaintiffs A.F.P and J.F.C.