PHILLIP A. TALBERT
Acting United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Tel: (916) 554-2799
Fax: (916) 554-2900
david.shelledy@usdoj.gov

Attorneys for the United States

MORGAN, LEWIS & BOCKIUS LLP
Susan Baker Manning, CA Bar No. 197350
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: +1.202.739.3000
Fax: +1.202.739.3001
susan.manning@morganlewis.com

Lisa R. Weddle, CA Bar No. 259050
Kent W. Kraushaar, CA Bar No. 307536
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
lisa.weddle@morganlewis.com
kent.kraushaar@morganlewis.com

Attorneys for Plaintiffs A.F.P and J.F.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.F.P. and J.F.C., | Case No. 1:21-cv-00780-DAD-EPG |
| Plaintiffs, | JOINT STATUS REPORT AND FOURTH JOINT MOTION TO HOLD ACTION IN ABEYANCE |
| v. | |
| United States of America, | No Hearing Requested |
| Defendant. | |

Joint Status Report and
Fourth Joint Motion
to Hold Action in Abeyance                    1

The parties jointly move the Court for an order holding this action in abeyance for an additional 60 days to facilitate continued settlement negotiations.  In support of this motion, the parties state the following:

In this action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680, the plaintiffs—a father and son—assert claims for intentional infliction of emotional distress, abuse of process, and negligence arising out of plaintiffs' separation after crossing over the southern border into the United States in January 2018.

On October 8, 2021, the parties jointly moved the Court to hold the action in abeyance for an additional 60 days, to facilitate ongoing settlement efforts.  The same day, the Court granted the motion and ordered the case held in abeyance until December 14, 2021, at which time the parties were directed to file this status report notifying the Court whether an additional abeyance is needed.

The parties continue to engage in settlement discussions, and require additional time for ongoing discussions.  A further abeyance will allow the parties to continue focusing their efforts on attempting to resolve these matters.

To facilitate continued progress, the parties request an order holding this action, including all proceedings and case deadlines, in abeyance for an additional 60 days, for the parties to continue to focus their attention on these settlement efforts.  The parties will file another status report no later than February 12, 2022.  Depending on the progress of the settlement discussions, the parties may seek an additional abeyance from the Court.  If an additional abeyance is not sought, the parties request that any existing deadlines be reset for an additional 60 days from the current deadlines.

A proposed Order is separately filed herewith.

Respectfully submitted this 14th day of December 2021.


PHILLIP A. TALBERT
Acting United States Attorney


By:     /s/ David T. Shelledy
DAVID T. SHELLEDY
Assistant U.S. Attorney
Civil Division Chief

Attorneys for the United States


MORGAN, LEWIS & BOCKIUS LLP


By:     /s/ Kent W. Kraushaar (approved 12/10/2021)
Susan Baker Manning
Lisa R. Weddle
Kent W. Kraushaar

Attorneys for Plaintiffs A.F.P and J.F.C.

Joint Status Report and
Fourth Joint Motion
to Hold Action in Abeyance          3