PHILLIP A. TALBERT
United States Attorney
DAVID T. SHELLEDY
KELLI L. TAYLOR
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.F.P. and J.F.C., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | CASE NO. 1:21-cv-00780-DAD-EPG <br><br> SUBSTITUTION OF COUNSEL |

TO THE COURT AND ALL PARTIES:

    NOTICE IS HEREBY GIVEN of the substitution of Assistant U.S. Attorney Kelli L. Taylor in place of Assistant U.S. Attorney Victoria L. Boesch as counsel for the United States along with David T. Shelledy.

Dated: August 1, 2022                  Respectfully submitted,

                                                         PHILLIP A. TALBERT
                                                         United States Attorney

                                       By:      */s/ Kelli L. Taylor*
                                                            KELLI L. TAYLOR
                                                            Assistant U.S. Attorney