MORGAN, LEWIS & BOCKIUS LLP
Lisa Weddle, Bar No. 259050
Brianna R. Howard, Bar No. 314642
lisa.weddle@morganlewis.com
brianna.howard@morganlewis.com
300 South Grand Ave., Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.F.P. and J.F.C., | Case No. 1:21-cv-780-ADA-EPG |
| Plaintiffs, | **NOTICE OF WITHDRAWAL** |
| vs. | |
| United States, | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Plaintiffs' counsel, Susan Baker Manning, hereby withdraws as counsel of record for Plaintiffs, who is no longer with the firm Morgan, Lewis & Bockius LLP. Susan Baker Manning should be removed from all mailing, service, and notification lists for this action, and all future pleadings, notices, discovery, and other correspondence relating to this lawsuit.

Plaintiffs will continue to be represented by Morgan Lewis & Bockius, LLP, including by Lisa Weddle, who has appeared in the action and is familiar with all aspects the case.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

NOTICE OF WITHDRAWAL
1:21-CV-780-ADA-EPG

| | | |
|---|---|---|
| 1 | Dated: July 5, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By _/s/ Lisa Weddle_ |
| 4 | | Lisa Weddle |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

2

NOTICE OF WITHDRAWAL 1:21-CV-780-ADA-EPG