AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| A.F.P. AND J.F.C. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-00780-ADA-EPG |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs A.F.P. AND J.F.C.                                                                                    .

Date:     7/5/2022

_____
*Attorney's signature*

Joseph E. Floren / SBN 168292
*Printed name and bar number*

Morgan Lewis and Bockius LLP, 1 Market St., San Francisco CA 94105
*Address*

joseph.floren@morganlewis.com
*E-mail address*

(415) 4421391
*Telephone number*

(415) 442 1001
*FAX number*