# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| A.F.P. AND J.F.C. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00780-ADA-EPG |
| United States of America ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs A.F.P. AND J.F.C.                                                                 .

Date:   7/5/2022

*Attorney's signature*

Anna-Grace Nwosu / SBN. 347627
*Printed name and bar number*

Morgan Lewis and Bockius LLP, 1 Market St., San Francisco CA 94105
*Address*

anna-grace.nwosu@morganlewis.com
*E-mail address*

(415) 442 1000
*Telephone number*

(415) 442 1001
*FAX number*