PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
PHILIP A. SCARBOROUGH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2741

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.F.P. and J.F.C., | Case No. 1:21-cv-00780-ADA-EPG |
| Plaintiffs, | NOTICE OF SETTLEMENT |
| v. | |
| United States of America, | |
| Defendant. | |

Pursuant to Local Rule 160, the United States hereby informs the Court that the parties have reached an agreement to settle this matter. The United States anticipates that it could take a few months to get final approvals from Washington D.C., payments made, and dispositional documents done. Accordingly, the parties request up to and through December 20, 2023, to file the dismissals with prejudice.

DATED: September 18, 2023              PHILLIP A. TALBERT
                                        United States Attorney

                                By:     /s/ Kelli L. Taylor
                                        KELLI L. TAYLOR
                                        PHILIP A. SCARBOROUGH
                                        Assistant United States Attorneys

                                        Attorneys for United States